IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | :   No. 5:22-cr-0386 |
| | : |
| ANTHONY DRAPER | : |

_____

# **O R D E R**

**AND NOW**, this 30th day of May, 2023, upon consideration of the Defendant's Motion to Suppress Evidence, the government's response, both parties' proposed findings of fact and conclusions of law, and for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT** the Defendant's Motion to Suppress, ECF Nos. 21 and 23, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge