UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:22-cr-386 |
| : | |
| ANTHONY DRAPER : | |

**O R D E R**

**AND NOW**, this 28th day of October, 2024, upon consideration of Anthony Draper's letter-motion seeking compassionate relief pursuant to 18 U.S.C. § 3582(c)(1)(A), *see* ECF No. 59; the Federal Public Defender's Supplemental Motion, *see* ECF No. 62; the Government's opposition, *see* ECF No. 64; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Compassionate Relief, ECF No. 59, is **DENIED**.

2. The Supplemental Motion for Compassionate Relief, ECF No. 62, is **DISMISSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge